**Electronically Filed
Supreme Court
SCWC-10-0000189
04-MAR-2013
11:39 AM**

NO. SCWC-10-0000189

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PETER JOSEPH ELSENBACH, Respondent/Plaintiff-Appellee,

vs.

RONDA LEE RAMOS-ELSENBACH, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000189; FC-D NO. 07-1-132K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant Ronda Lee Ramos-Elsenbach's Application for Writ of Certiorari filed ex officio on January 22, 2013, is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 4, 2013.

Ronda Lee Ramos-Elsenbach
for petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

